John Karatkiewicz and Joanna Karatkiewicz, Appellants, v. Stanislawa Strzyzynski, Appellee.

Gen. No. 42,530.

opinion filed June 21, 1943. A. J. Pikiel, for appellants; Leon N. Miller, for appellee. Opinion by JUSTICE O'CONNOR. "Not to be published in full."

John J. Kelly, Appellee, v. Paul B. Brice and Durable Materials Patent Corporation.
Appeal of Paul B. Brice, Appellant.

Gen. No. 42,728.

opinion filed June 24, 1943. William H. Sloan, for appellant; John J. Enright, Jr., for appellee. Opinion by PRESIDING JUSTICE O'CONNOR. "Not to be published in full."